IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION ) | No. 13mj7051 JCB |
| ) | |
| ) | |
| OF ) | |
| ) | |
| FELIX ALDENCIS PEGUERO MENDEZ ) | |
| TO THE DOMINICAN REPUBLIC ) | |

## COMPLAINT FOR EXTRADITION
### (18 U.S.C. § 3184)

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I act for and on behalf of the Government of the Dominican Republic (the "Requesting State").

2. The extradition provisions in force between the United States and the Dominican Republic are found in the Convention Between the United States and the Dominican Republic for the Extradition of Criminals, signed on June 19, 1909, 36 Stat. 2468 ("the Treaty").

3. Pursuant to the Treaty, the Requesting State has asked the United States through diplomatic channels for the arrest and extradition of Felix Aldencis Peguero Mendez, alias "Ñoño," alias "Sin Rival" ("Peguero Mendez" or "the fugitive"), a citizen of the Dominican Republic.

4. Foreign charges. According to the information provided by the Requesting State in the form authorized by the Treaty, on February 15, 2012, the District Attorney for the Judiciary District of the Province of Santo Domingo submitted a formal accusation and ordered the opening of a criminal investigation against Peguero Mendez for the voluntary manslaughter, or murder, of Katherin Alberto Perez, alias Katherin Yosee Alberto Perez, alias Katerine Joce Alberto Perez ("Alberto Perez"), in violation of Articles 295 and 304 of the Dominican Republic Criminal Code.

5. Article I of the Treaty defines extraditable offenses, in part, as those listed in Article II of the Treaty. Article II(1) of the Treaty lists Murder as a extraditable offense.

6. Foreign arrest warrant. On March 7, 2012, based on the application of two District Attorneys, the Honorable Rosaly Yovianka Stefani Brito, Judge of Instruction of the Judicial

Office of Permanent Service for the Judicial District of Santo Domingo issued a warrant of arrest, Number 3591-ME-2012, for the arrest of Peguero Mendez. This warrant remains valid and executable.

7.      Facts underlying foreign charges. As set forth in certified documentation submitted under cover of Diplomatic Note Number EDW-596-12, dated August 22, 2012, and supplemental certified documentation submitted under cover of Diplomatic Note Number EDW-750-12, dated November 15, 2012, the facts of the case for which extradition is sought are as follows:

On February 15, 2012, in the Los Mina neighborhood of Santo Domingo, Dominican Republic, Peguero Mendez shot and killed Katherin Alberto Perez, alias Katherin Yosee Alberto Perez, alias Katerine Joce Alberto Perez.

The investigation into the death of Alberto Perez, including sworn statements of two witnesses, revealed that Peguero Mendez and Alberto Perez were consensual partners for a period of time, but two months before Alberto Perez's death, Alberto Perez had separated from Peguero Mendez. Alberto Perez's friend, Rosanna Ramos Sena ("Ramos"), told investigators that she had known Alberto Perez for more than five years and had been close for the last two years. Ramos met Pegeuro Mendez about a year before Alberto Perez's death, and according to Ramos, Alberto Perez and Peguero Mendez were living as a couple together six months later, and were separated two months before Alberto Perez's death. Ramos told investigators that she had learned Peguero Mendez had physically abused Alberto Perez and that is why Alberto Perez had left Peguero Mendez. Bartolo Vargas ("Vargas"), a taxi driver, told investigators that he had known Alberto Perez for more than three months as a taxi passenger, and that he had known Peguero Mendez for five or six years also as a taxi passenger. Vargas also knew Peguero Mendez as "Sin Rival."

In the early morning hours of February 15, 2012, after several hours of tracking and harassing his former companion Alberto Perez, Peguero Mendez arrived by taxi at approximately 1:35 o'clock a.m. at Alberto Perez's location, a fast food business called "Chimichurri Rafelo," located at Calle 11, esq. Fernando de Navarrete, Los Mina, in the Province of Santo Domingo, Dominican Republic. Peguero Mendez asked the taxi driver, Vargas, to wait for him. Ramos and Vargas both saw Peguero Mendez step out of the taxi, take a pistol from his waist, approach Alberto Perez, and without saying anything shoot her at least four times. Alberto Perez fell, wounded, to the ground. Vargas tried unsuccessfully to start the car to leave, because Vargas thought Peguero Mendez was going to kill Vargas, too. Peguero Mendez headed back to the taxi, but then returned to Alberto Perez and shot her three or four more times, over her prostrate body. Alberto Perez appeared to die immediately. At that instant, Vargas was able to start his car and got away at high speed, leaving Peguero Mendez. Vargas contacted his operator with his radio, reported what had happened, and asked what to do. Vargas went to a police station and told the police what had happened, and took the police to Peguero Mendez's house, but Peguero Mendez was not there, so Vargas took the police to where Alberto Perez was, but she had been taken to a hospital.

Seven 9mm caliber caps and a bullet were recovered from the scene as part of the

investigation of this crime.

An autopsy was performed on Alberto Perez's remains on February 15, 2012. Autopsy report number A-0266-2012, issued by the National Institute of Forensic Pathology, states that Alberto Perez's cause of death was injury from an intermediate-distance gunshot wound that was essentially mortal, and the manner of death was homicide. The autopsy report also describes six additional distance wounds by gun fire to Alberto Perez's body.

According to the District Attorney, the witnesses in the case have viewed the photograph of Peguero Mendez that is annexed to the request for his extradition and have confirmed that the photograph is that of Peguero Mendez.

8. <u>Fugitive's presence in the United States</u>. The fugitive is believed to be located in the jurisdiction of this Court. The following is the address recently used by the fugitive: 5037 Washington Street, #1, West Roxbury, Massachusetts 02132.

9. <u>Fugitive's description</u>. According to the information provided by the Dominican Republic authorities, Peguero Mendez was born on October 13, 1958, in the Dominican Republic. He is described as a Hispanic man, with mulatto skin, curly hair and brown eyes. He is the bearer of Dominican Identity and Electoral Card number 001-0534275-2. A photograph used in identification proceedings has been provided by the Government of the Dominican Republic.

WHEREFORE, the undersigned requests that a warrant for the arrest of FELIX ALDENCIS PEGUERO MENDEZ, alias "Ñoño," alias "Sin Rival," be issued in accordance with 18 U.S.C. § 3184 and the Convention Between the United States and the Dominican Republic for the Extradition of Criminals; and that, upon such hearing as is required by federal law, if the Court deems the evidence sufficient under the provisions of the Treaty to sustain the charges for which extradition is sought, the Court certify the same to the Secretary of State so that a warrant may be issued for the surrender of FELIX ALDENCIS PEGUERO MENDEZ to the appropriate authorities of the Dominican Republic. The United States also requests that the Court take such other actions as may be required under the provisions of the Treaty and the laws of the United States.

I swear under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

DAVID S. SCHUMACHER
ASSISTANT UNITED STATES ATTORNEY

Sworn to before me and signed in my presence.

Date: February 15, 2013
Boston, Massachusetts

Hon. Jennifer C. Boal
United States Magistrate Judge

3