# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION ) | |
| ) | |
| OF ) | Case No. 13-mj-7051-JCB |
| ) | |
| FELIX ALDENCIS PEGUERO MENDEZ ) | |
| TO THE DOMINICAN REPUBLIC ) | |

## DISMISSAL OF THE COMPLAINT

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the District of Massachusetts hereby dismisses the Complaint for Extradition filed under seal on or about February 15, 2013, which sought the extradition of FELIX ALDENCIS PEGUERO MENDEZ to the Dominican Republic pursuant to 18 U.S.C. § 3184 for trial on the charge of voluntary manslaughter, or murder, of Katherin Alberto Perez, in violation of Articles 295 and 304 of the Dominican Republic Criminal Code. In support of this dismissal, the government states that PEGUERO MENDEZ was arrested on February 13, 2020 in the Eastern District of Pennsylvania. On February 14, 2020, the U.S. Attorney's Office for the Eastern District of Pennsylvania obtained a new Complaint for Extradition of PEGUERO MENDEZ (Case No. 20-227-M) on the same basis supporting the previously issued complaint in this district. PEGUERO MENDEZ has since been ordered detained pending further proceedings on extradition, which proceedings will occur

exclusively in the Eastern District of Pennsylvania. Accordingly, continued proceedings in this district are no longer necessary, nor in the interests of justice.

<table>
<tr><td></td><td>Respectfully submitted,<br><br>ANDREW E. LELLING<br>United States Attorney</td></tr>
<tr><td>Date: February 18, 2020</td><td>By:<i>/s/ Zachary Hafer</i><br>ZACHARY HAFER<br>Chief, Criminal Division<br>KARIN BELL<br>Deputy Chief, Criminal Division</td></tr>
</table>

Leave to File Granted:

_____
Honorable Jennifer C. Boal
Magistrate Judge
United States District Court